DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIREN SEETAL,**
Appellant,

v.

**VISHMA SEETAL,**
Appellee.

No. 4D2022-2229

[June 27, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 18-15205 FMCE.

Dexter F. George of Law Office of Dexter F. George, Plantation, for appellant.

Linda M. Jaffe, Davie, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***